Waiver of Indictment

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**FILED**
In Open Court
USDC, Mass.
Date 5/24/12
By: _____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 09-10391-DPW |
| ) | |
| 1.   RALPH F. DELEO ) | |

## WAIVER OF INDICTMENT

I, **RALPH F. DELEO**, the above-named defendant, who is accused of racketeering conspiracy from in or before 2008 through November 2009, in violation of 18 U.S.C. § 1962(d), and being a felon in possession of firearms and ammunition on November 16, 2009, in violation of 18 U.S.C. § 922(g)(1), being advised of the nature of the charge, the proposed superseding information, and my rights, hereby waive in open court on *May 24 and May 31, 2012* prosecution by indictment
*(Date)*
and consent that the proceeding may be by superseding information instead of by indictment.

_____
RALPH F. DELEO
Defendant

_____
TIMOTHY WATKINS
Counsel for the Defendant

Before: _____
DOUGLAS P. WOODLOCK
United States District Judge