Case Name: United States v. In Ralph Francis Deleo
Docket No. 1:09-CR-10391-DPW-1

FILED
IN CLERKS OFFICE
2014 DEC 11 PM 12 30
U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Clerk:

I believe that I may be eligible for a reduced sentence under 18 U.S.C. § 3582(c)(2) and the retroactive drug guideline amendment (Amendment 782). I respectfully request that you appoint counsel to represent me.

  *  I was previously represented by appointed counsel.

~~I previously had retained counsel, but am now indigent. Enclosed is my financial affidavit.~~

Respectfully,

*Ralph F. de Leo*

Name: Ralph Francis DeLeo
Reg. No. 36950-133
Institution: FCI Danbury
Address: 33 1/2 Pembroke Road/ Route 37
Danbury, Ct. 06811-3099

DATE: 12/08/2014