# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | No.   09-10391-DPW |
| ) | |
| RALPH F. DELEO, ) | |
|    Defendant. ) | |

## NOTICE OF APPEAL

Ralph F. DeLeo, the defendant in the above-captioned matter, hereby respectfully gives notice of his appeal to the United States District Court of Appeals For the First Circuit from the judgments and orders [Documents 323, 324, 325, and 327, all dated March 31, 2016] entered in this action on April 4, 2016.

The Defendant states that he is indigent, and respectfully requests his filing fees be waived.

Dated: April 15, 2016                                  Respectfully submitted,

                                                       RALPH DELEO

                                                       By and through his attorney,
                                                        /s/ *R. Bradford Bailey*
                                                       R. Bradford Bailey, BBO#549749
                                                       BRAD BAILEY LAW, P.C.
                                                       10 Winthrop Square, 4th Floor
                                                       Boston, Massachusetts 02110
                                                       Tel. 857.991.1945
                                                       Fax. 857.265.3184
                                                       brad@bradbaileylaw.com

Certificate of Service

      I, R. Bradford Bailey, hereby certify that on this, the 15th day of April, 2016, I caused a true copy of the foregoing *Notice of Appeal* to be served upon all necessary parties by virtue of electronically filing the same via the CM/ECF system.

      /s/ *R. Bradford Bailey*
      R. Bradford Bailey