UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
v.                                  )        1:09-cr-10391-SDN
                                    )
RALPH F. DELEO,                     )
                                    )
            Defendant.              )

**ORDER**

This matter comes before the Court's on Defendant Ralph DeLeo's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). ECF No. 546. Mr. DeLeo seeks compassionate release based on serious medical conditions, "including an often fatal congenital heart condition, a compromised immune system with increased risk of fatal infection and [an] unfinished dental surgery causing further risk of infection, discomfort and interference with nutrition," and leukemia. *Id.* at 2–3. In response, the Government contends Mr. DeLeo has failed to establish "extraordinary or compelling reasons" for release as required by statute, and further that the sentencing factors contained in 18 U.S.C. § 3553(a) "compel his continued incarceration." ECF No. 553 at 1–2. For the following reasons, the Court will **RESERVE RULING** on the motion for compassionate release pending the results of Mr. DeLeo's follow-up cardiac imaging.

On April 9, 2026, the Court held a remote hearing on Mr. DeLeo's motion for compassionate release. ECF No. 573. During the hearing, the Court heard testimony from Bureau of Prisons ("BOP") physician Dr. Fine Song, who serves as Mr. DeLeo's primary physician at FMC Butner. Dr. Song testified that since Mr. DeLeo's incarceration, the condition of his heart has worsened, with the discovery of an acute aortic stenosis on

1

December 10, 2025. Dr. Song also testified that, due to administrative error, prior imaging and examination of Mr. DeLeo's heart was conducted in the wrong location and was thus inadequate, producing only a partial image for medical review. Accordingly, a follow-up appointment for imaging is scheduled for some time this month, which will provide full cardiac imaging results and allow for a better determination of the best course of care to adequately treat Mr. DeLeo. Additionally, Dr. Song testified that based on these results, the treating providers may recommend surgery or more minimally invasive treatment options. In response to the Court's questions, Dr. Song testified that should Mr. DeLeo's heart conditions require surgery while incarcerated at FMC Butner, the nearby Duke University hospital would have the capacity to perform surgery and would further prioritize Mr. DeLeo's surgery accordingly with the urgency demanded by the severity of his condition.

Following this hearing, the Court finds it prudent to defer ruling on the merits of Mr. DeLeo's motion for compassionate release until the results and medical review of his follow-up imaging— and next steps and timing thereof—are available for both counsel and the Court's review. The Court recognizes the defense's argument and concern that further delay of treatment for multiple medical conditions poses greater risk to Mr. DeLeo's health. Nonetheless, after a fuller assessment of Mr. DeLeo's heart condition, all parties will be more informed and better able to determine the most appropriate course of action concerning his access to adequate medical care and the timing thereof.

<strong>CONCLUSION</strong>

Accordingly, the Court **RESERVES RULING** on Mr. DeLeo's motion for compassionate release, ECF No. 546, following the results of his follow-up imaging appointment. The Court further **ORDERS** defense counsel to provide an update on

2

Mr. DeLeo's condition within three business days of the receipt of information regarding the results of the imaging appointment and any next steps. Following this update, the Government will have two business days to respond.

**SO ORDERED.**

Dated this 10th day of April, 2026.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**

3